IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARL DEON DENNIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.                         CASE NO. 1D14-3488

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 10, 2015.

An appeal from an order of the Circuit Court for Dixie County.
Wesley R. Douglas, Judge.

Carl Deon Dennis, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.